Ernest D. Burns, as Administrator, etc., of Cemantha Burns, Deceased, Respondent, v. Southern Tier Masonic Relief Association, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

H. D. Taylor Company, Respondent, v. Niagara Bedstead Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Probate of the Last Will and Testament of Henry A. Snyder, Deceased. Mary L. Zimmerman and Deziah Snyder, Appellants; Cynthia Snyder, Respondent.— Decree of Surrogate's Court affirmed, with costs. All concurred, except Robson, J., who dissented.

Frank Nappa, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that the failure to properly secure the skid was a detail of the work, and the insecurity resulting therefrom was not a defect in the ways, works and machinery within the meaning of the Employers' Liability Act.*

Firman Ouderkirk and Another, Appellants, v. Bayless Pulp and Paper Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Frank E. Holly, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented; McLennan, P. J., not sitting.

Arthur W. Evans, Respondent, v. Henry L. Burlew, Appellant.— Judgment and order affirmed, with costs. All concurred.

Elizabeth A. Godfrey, Respondent, v. Rochester Railway Company, Appellant. — Order affirmed, with costs. All concurred.

Roman Wolfert, Respondent, v. Caledonia Springs Ice Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Kruse and Robson, JJ., who dissented.

Thomas Holahan, Respondent, v. G. Edwin Babcock and Charles H. Babcock, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

_____

* Laws of 1902, chap. 600. — [REP.